## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | | |
|---|---|---|---|
| Lumont Johnson, et al., | ) | | |
| Plaintiffs, | ) | Case No: 15 cv 50064 | |
| | ) | | |
| v. | ) | | |
| | ) | Magistrate Judge: Iain D. Johnston | |
| City of Rockford, et al., | ) | | |
| Defendants. | ) | | |

## ORDER

Status report [43] received and reviewed. In light of the pending criminal prosecutions against the plaintiffs and the parties' agreement to stay the case, the motion to stay [33] is granted. The case is stayed until further order of the Court. By 9/8/2015, or as soon as practicable, the parties shall file a joint status report detailing the status of the underlying criminal proceedings and any request to lift the stay. Due to the stay in this case, it is this Court's Report and Recommendation that the defendants' motions to dismiss [35] and [40] be denied without prejudice. Any objection to this order shall be filed by 6/24/2015. The initial status hearing and the presentment of the motion to stay and motions to dismiss set for 6/11/2015 are stricken and no appearances are required on that date.

Date:   June 10, 2015                    /s/ Iain D. Johnston