# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

NOTE: The Northern District of Illinois is an electronic Court pursuant to General Order 14-0024. If you are not an electronic filer, visit our site at www.ilnd.uscourts.gov, E-Filing Info. or click this link for registration requirements http://www.ilnd.uscourts.gov/home/CMECF.aspx

Instructions: **In order to update your information**, complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website, select E-Filing Info, CM/ECF User Guide, "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: Loevy & Loevy (Chicago Office)

FIRM: Loevy & Loevy (Chicago Office)

STREET ADDRESS: 311 North Aberdeen, 3rd Floor

CITY/STATE/ZIP: Chicago, IL 60607

PHONE NUMBER: (312) 243-5900

E-MAIL ADDRESS:

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with this Court using a different name, enter that name:

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| | (See Attached List) | |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Jon Loevy                                                                 5/16/2016

Attorney Signature                                                              Date

updated 06/11/2015

| Case Number | Case Name |
|---|---|
| 1:16-cv-01963 | Andersen v. City of Chicago et al |
| 1:11-cv-06142 | Awalt v. Correctional Healthcare Companies, Inc., et al |
| 1:15-cv-09070 | Better Government Association v. Federal Bureau of Investigation |
| 1:12-cv-04069 | Birchmeier et al v. Caribbean Cruise Line, Inc. et al |
| 1:11-cv-08098 | Blaum. et al v. Triad Isotopes, Inc. |
| 1:14-cv-02945 | Chatman v. Roberts et al |
| 1:13-cv-04052 | United States of America v. Lifewatch Services, Inc. |
| 1:12-cv-07372 | ComplementSoft, LLC v. SAS Institute Inc. |
| 1:13-cv-01068 | Dobbey et al v. Weilding et al |
| 1:99-cv-03945 | Doe, et al v. Cook Co, et al |
| 1:12-cv-08740 | Fox v. Admiral Insurance Company |
| 1:15-cv-05990 | Green v. Barnes et al |
| 1:13-cv-00989 | Hicks v. Clark et al |
| 1:15-cv-09050 | Holliman v. Thompson et al |
| 1:16-cv-01970 | Hood v. City of Chicago et al |
| 1:13-cv-02569 | Hunter v. Sood et al |
| 1:14-cv-03509 | Jackson v. Dart |
| 3:15-cv-50064 | Johnson et al v. City of Rockford et al |
| 1:13-cv-03963 | Kluppelberg v. Burge et al |
| 1:11-cv-02605 | Koh et al v. Graf et al |
| 1:13-cv-01653 | Kuri v. Szwedo et al |
| 1:15-cv-09250 | Prison Legal News v. County of Kane et al |
| 1:12-cv-02146 | United States of America et al v. Mobile Doctors USA, L.L.C. et al |
| 1:15-cv-02106 | Mauldin v. Obaisi et al |
| 1:11-cv-03482 | United States of America et al v. IBM Corporation et al. |
| 1:15-cv-08884 | Mnyofu v. Board of Education of Rich Township High School Distr |
| 1:12-cv-05481 | Munive v. Town of Cicero et al |
| 1:15-cv-08550 | Nextpoint, Inc. v. Hewlett Packard Company |
| 1:14-cv-07398 | Piercy v. Wilhelmi et al |
| 1:12-cv-09184 | Richardson v. City of Chicago et al |
| 1:12-cv-04428 | Rivera v. Guevara et al |
| 1:13-cv-00221 | Sanders v. City of Chicago Heights et al |
| 1:16-cv-03444 | Saving et al v. Gulli et al |
| 1:14-cv-00737 | Taylor v. City Of Chicago et al |
| 1:15-cv-05190 | Taylor v. Magarvie et al |
| 1:16-cv-01978 | Walker v. The City of Chicago et al |
| 1:16-cv-02557 | Whirl v. Pienta et al |