## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Lumont Johnson, et al., | ) | Case No: 15 C 50064 |
| Tyjuan Anderson, | ) | Case No: 15 C 50065 |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| City of Rockford, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

### ORDER

Before the court is a report and recommendation ("R&R") from the magistrate judge that this court grant defendants' motion to bar live testimony of Lonnie Young and Toni Gulley and deny defendants' request for sanctions related to their motion to compel. Any objection to the R&R was to be filed by January 10, 2017. No objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R [Johnson, Dkt. 150; Anderson, Dkt. 130] and finding no error, the court adopts the R&R in full and grants defendants' motion to bar Young's and Gulley's live testimony [Johnson, Dkt. 131; Anderson, Dkt. 113] and denies defendants' request for sanctions [Johnson, Dkt. 128; Anderson, Dkt. 111].

Date: 1/19/2017            ENTER:

_____
FREDERICK J. KAPALA
District Judge