IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| TYJUAN ANDERSON | ) | |
| | ) | |
| Plaintiff, | ) | 15 CV 50065 |
| | ) | |
| v. | ) | Judge Frederick J. Kapala |
| | ) | |
| CITY OF ROCKFORD, et al., | ) | Magistrate Judge Iain D. Johnston |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| LUMONT JOHNSON & ANTHONY ROSS | ) | |
| | ) | |
| Plaintiffs, | ) | 15 CV 50064 |
| | ) | |
| v. | ) | Judge Frederick J. Kapala |
| | ) | |
| CITY OF ROCKFORD, et al., | ) | Magistrate Judge Iain D. Johnston |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFFS' AMENDED STATUS REPORT RE: CASEL MONTGOMERY**

Please be advised that on April 7, 2017, after all of the attorneys appeared before the Magistrate Judge in Dallas, Texas for the continuation of the deposition of Casel Montgomery, and he had initially failed to appear, the deposition was completed (after he appeared hours late).

Respectfully Submitted,

_____/s/ Steve Greenberg_____
One of the Attorneys for Plaintiffs

Steven A. Greenberg
Steven A. Greenberg and Associates, Ltd.
53 W. Jackson Blvd.
Suite 1260
Chicago, IL 60604
(312) 879-9500