# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Lumont Johnson, et al.,

Plaintiff(s),

v.

City of Rockford, et al.,

Defendant(s).

Case No. 15 C 50064

Judge Frederick J. Kapala

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Doug Palmer, City of Rockford, Dominic Iasparro, Joseph Stevens, James Randall, Scott Mastroianni, Theo Glover, Kurt Whisenhand, and Torry Regez
and against plaintiff(s) Lumont Johnson and Anthony Ross.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Frederick J. Kapala on a motion(s) for summary judgment.

Date: 5/24/2018

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk