IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Lumont Johnson, et al., | |
| Plaintiff(s), | |
| v. | Case No. 15 C 50064 & 15 C 50065 |
| | Judge Frederick J. Kapala |
| City of Rockford, et al., | |
| Defendant(s). | |

### ORDER

The Clerk of Court is directed to enter the Bill of Costs filed by defendants, Doug Palmer, City of Rockford, Dominic Iasparro, Joseph Stevens, James Randall, Scott Mastroianni, Theo Glover, Kurt Whisenhand, Torry Regez, Brad Larson, and Elizabeth Hughes f/k/a Elizabeth Grindey's, in the amount of $55,568.08, which will be included in the judgment pursuant to Rule 54. That amount shall be joint and several as to all three plaintiffs, Lumont Johnson, Anthony Ross, and Tyjuan Anderson in cases 15 C 50064 and 15 C 50065 and is the total amount due for both cases. The opposing parties have until June 22, 2018, to file any objections.

Date: 6/15/2018

_____
Frederick J. Kapala
United States District Judge