**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

|   |   |   |
|---|---|---|
| Lumont Johnson & Anthony Ross, ) | | |
| Plaintiff, ) | Case No: 15 cv 50064 | |
| ) | | |
| v. ) | | |
| ) | Magistrate Judge: Iain D. Johnston | |
| City of Rockford et al, ) | | |
| Defendants. ) | | |

**ORDER**

On this Court's own motion, it is hereby ordered:

The United States Marshal is hereby directed to serve a Writ on the Winnebago County Jail, and to obtain custody of Lumont Johnson and Anthony Ross and bring him to the Courtroom of the Honorable Iain D. Johnston, Courtroom 5200, Stanley J. Roszkowski Federal Courthouse, 327 South Church Street, Rockford, Illinois on February 24, 2020 at 10:00 AM and to have them present for the hearing in the foregoing matter and subject to further order of Court. The Clerk of this Court is directed to issue a Writ of Habeas Corpus Ad Testificandum for Lumont Johnson and Anthony Ross to appear.

Date: February 19, 2020                           /s/ Iain D. Johnston
                                                  U.S. Magistrate Judge